```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

CUSTER FEED PRODUCTS, INC.,   )   CASE NO. 8:13-CV-00347
                              )
            Plaintiff,        )
                              )
      v.                      )
                              )
ADM ALLIANCE NUTRITION, INC., )
                              )
            Defendant.        )
```

ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER COMES ON to be heard on the Joint Stipulation for Dismissal of the Plaintiff's Complaint with Prejudice and each party will pay their own costs and a complete record is waived.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint is hereby dismissed with prejudice against the Defendant, each party will pay their own costs and a complete is waived.

Dated this 14th day of May, 2014.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

LIT3\77PD0512YLBJ